**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Mandan, Hidatsa and Arikara Nation,

v.

U.S. Department of the Interior, et al.

**Case No:** 22-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Mandan, Hidatsa and Arikara Nation

### Counsel Information

**Lead Counsel:** Timothy Q. Purdon

Direct Phone: (612) 349-8767 Fax: (612) 339-4181 Email: TPurdon@RobinsKaplan.com

**2nd Counsel:**

Direct Phone: (___) ___-___ Fax: (___) ___-___ Email:

**3rd Counsel:**

Direct Phone: (___) ___-___ Fax: (___) ___-___ Email:

**Firm Name:** Robins Kaplan LLP

**Firm Address:** 1207 West Divide Avenue, Suite 200, Bismarck, ND 58501

**Firm Phone:** (701) 255-3000 Fax: (612) 339-4181 Email: RobinsKaplan.com

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)